# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MICHAEL BRADFORD,  Case No. 1:20-cv-60
On behalf of himself and those  Barrett, J.
similarly situated,  Litkovitz, M.J.
    Plaintiff,

vs.

TEAM PIZZA, INC., et al.,  **ORDER**
    Defendants.

This matter is before the Court following an informal discovery conference held on September 3, 2020. The Court **ORDERS** the following:

1. The parties shall file cross-motions for partial summary judgment on what standard should apply to an employer's reimbursement of vehicle-related expenses incurred by pizza delivery drivers under the FLSA. Opening briefs shall be filed by **Monday, October 5, 2020**. Responsive briefs shall be filed by **Monday, October 26, 2020**. Reply briefs shall not be filed unless ordered by the Court.

2. Discovery is hereby **STAYED** pending an order by the District Judge on the parties' cross-motions for partial summary judgment.

**IT IS SO ORDERED.**

Date: 9/3/2020

Karen L. Litkovitz
United States Magistrate Judge