# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRADFORD, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TEAM PIZZA, INC., et al.,<br><br>Defendants. | Case No. 1:20-CV-60<br><br>Judge Michael R. Barrett<br><br>**ORDER** |

This matter is before the Court by virtue of the protracted motion practice conducted by the parties following the Sixth Circuit's opinion in *Bradford v. Team Pizza*, 95 F.4th 1009 (6th Cir. 2024). At present, there are no fewer than nine motions and cross-motions before the Court, not counting the ensuing responses, replies, and notices.

In the interest of efficiency and judicial economy, and particularly in light of practical inability of the Court to properly address discrete matters amidst a constant flow of filings, the Court will **GRANT** the motion to add William Howell and Donna Uhler as named plaintiffs, (Doc. 110), and **DENY as moot** all other outstanding filings related to party substitution or arbitration, (Docs. 84, 87, 93, 96, 103, 105, 107, 115).[1]

Should Defendants seek to renew their arbitration-related arguments, they are **INSTRUCTED** to do so in a brief filed on or before January 3, 2025. Plaintiffs' response

---

[1] Any discovery-related obligations and deadlines discussed during the status call on December 13, 2024, remain in place.

1

deadline is January 24, 2025, and Defendants' reply deadline is February 7, 2025.[2] Upon review, the Court will determine whether oral argument is necessary.

**IT IS SO ORDERED.**

                                              */s/ Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge

---

[2] Owing to the age of this case, the Court is unlikely to grant any extensions in the absence of clear good cause or active settlement negotiations.